**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Middle District of Florida

Case number (*If known*): _____ Chapter **11**

☐ Check if this is an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. **Debtor's name** | OPEN THROTTLE INC. | |
| 2. **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names, and *doing business as* names | Main Street Station | |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 59-3555746 | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 316 Main Street <br> Number   Street | 104 Mello Lane <br> Number   Street |
| | P.O. Box |
| Daytona Beach   FL   32118 <br> City   State   ZIP Code | Toms River   NJ   08753 <br> City   State   ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Volusia County <br> County | 316 Main Street <br> Number   Street |
| | Daytona Beach   FL   32118 <br> City   State   ZIP Code |

5. **Debtor's website** (URL)  _____

6. **Type of debtor**
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page 1

| | | |
|---|---|---|
| Debtor | OPEN THROTTLE INC. | Case number *(if known)*_____ |
| | Name | |

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

B. *Check all that apply:*
- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .
533110

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check **all** that apply*:
  - ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No
- ☐ Yes. District _____ When _____ Case number _____
  MM / DD / YYYY
  District _____ When _____ Case number _____
  MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☑ No
- ☐ Yes. Debtor _____ Relationship _____
  District _____ When _____
  MM / DD / YYYY
  Case number, if known _____

| Official Form 201 | Voluntary Petition for Non-Individuals Filing for Bankruptcy | page **2** |

| Debtor | OPEN THROTTLE INC. | Case number (if known) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number     Street

_____
City                                          State    ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49            ☐ 1,000-5,000         ☐ 25,001-50,000
☐ 50-99           ☐ 5,001-10,000        ☐ 50,001-100,000
☐ 100-199         ☐ 10,001-25,000       ☐ More than 100,000
☐ 200-999

**15. Estimated assets**

☐ $0-$50,000              ☐ $1,000,001-$10 million       ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion
☑ $100,001-$500,000       ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million    ☐ More than $50 billion

| Debtor | OPEN THROTTLE INC. | Case number (if known) _____ |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☒ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 06/04/2025
MM / DD / YYYY

✘ /s/ Anthony Carvagno, Sr.                    Anthony Carvagno, Sr.
Signature of authorized representative of debtor    Printed name

Title  Attorney-In-Fact for Sole Shareholder

**18. Signature of attorney**

✘ /s/ Erik Johanson                            Date 06/04/2025
Signature of attorney for debtor                      MM / DD / YYYY

Erik Johanson
Printed name

Erik Johanson PLLC
Firm name

3414 W Bay to Bay Blvd #300
Number     Street

Tampa                                          FL          33629
City                                           State       ZIP Code

8132109442                                     erik@johanson.law
Contact phone                                  Email address

106417                                         FL
Bar number                                     State

BONNIE A. BERNS, P.A., c/o Bonnie A. Berns, E
1360 N. U.S. Hwy. 1
Ste. 101
Ormond Beach, FL 32174

David Phillips
1360 N. U.S. Hwy. 1
Ste. 101
Ormond Beach, FL 32174

David Phillips

Department of Revenue
P. O. Box 6668
Tallahassee, FL 32314-6668

Ellen Pappy
8461 Lake Worth Road
Suite 469
Lake Worth, 33467

Florida Department of Business and Profession
2601 Blair Stone Road
Tallahassee, FL 32399-1027

Florida Pacific Leasing Company, LLC
3706 HUGH STREET
Port Orange, FL 32129

Frederick Johns
3706 Hugh Street
Port Orange, FL 32129

Gaetana Corporation
42 S. OLEANDER AVE
Daytona Beach, FL 32118

IAN BRESSLER LAW P.A.
8461 Lake Worth Road
469
Lake Worth, FL 33467

Internal Revenue Service
P. O. Box 7346
Philadelphia, PA 19101-7346

Timothy Sowder as Trustee of TMS Revocable Li
108 Sweetwater Oaks Lane
Daytona Beach, FL 32114

Volusia County Tax Collector
1845 Holsonback Dr.
Daytona Beach, FL 32117

United States Bankruptcy Court
Middle District of Florida

In re: OPEN THROTTLE INC.

Debtor(s)

Case No.

Chapter 11

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 06/04/2025

/s/ Anthony Carvagno, Sr.
Signature of Individual signing on behalf of debtor

Attorney-In-Fact for Sole Shareholder
Position or relationship to debtor